**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-2193**

CATHERINE DENISE RANDOLPH,

                    Plaintiff - Appellant,

          v.

US ATTORNEY GENERAL, et al; NEW TECHNOLOGY,

                    Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore.  George L. Russell, III, District Judge. (1:14-cv—03298-GLR)

Submitted:  February 12, 2015        Decided:  February 18, 2015

Before MOTZ, WYNN, and FLOYD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Catherine Denise Randolph, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Catherine Denise Randolph appeals the district court's order dismissing her complaint as frivolous and for failing to state a claim. See 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. See Randolph v. Attorney Gen., No. 1:14-cv-03298-GLR (D. Md. Oct. 30, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED